UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EYM DINER OF FLORIDA, LLC,

    Plaintiffs,

v.                                          Case No. 8:24-cv-2822-WFJ-AEP

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Motion and Stipulation to Transfer this case pursuant to Local Rule 1.07(a)(2)(B), M.D. Fla. (Dkt. 18). In view of the related and earlier-filed case of *EYM Diner of Florida, LLC v. Westchester Surplus Lines Insurance Company*, No. 6:24-cv-2174-JSS-UAM, which is pending before the Honorable Julie S. Sneed, this case is **TRANSFERRED** to Judge Sneed, with her knowledge and consent, for all further proceedings. The Clerk is directed to effectuate transfer.

**DONE AND ORDERED** at Tampa, Florida, on January 21, 2025.

                                                          WILLIAM F. JUNG
                                                          UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Hon. Julie S. Sneed and Counsel of record